United States District Court
Southern District of Texas
**ENTERED**
May 12, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| NIDIA REYNA, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 7:17-CV-107 |
| § | |
| PALOMAR SPECIALTY INSURANCE § | |
| COMPANY, *et al*, § | |
| § | |
| Defendants. § | |

### ORDER GRANTING DEFENDANT JOHN CZUHAJEWSKI'S MOTION TO DISMISS

Upon consideration of Defendant John Czuhajewski's Moition to Dismiss under Federal Rule of Civil Procedure 12(b)(6), (Dkt. No. 3), and the agreement of the Parties as indicated by their filing of a Proposed Agreed Order granting the Motion, (Dtk. No. 5), the Court has determined that the Motion to Dismiss should be, and hereby is, **GRANTED**. All claims by Plaintiff Nidia Reyna against Defendant John Czuahejewski are hereby dismissed with prejudice.

SO ORDERED this 12th day of May, 2017, at McAllen, Texas.

_____
Randy Crane
United States District Judge